LOUIS ROBIN, Respondent, *v.* PERMANENT MORTGAGE CORPORATION, Appellant.

(Submitted October 11, 1929; decided October 25, 1929.)

*Clifford H. Owen* for appellant.

*Ralph K. Jacobs* and *Albert Blumenstiel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.